IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MOGES GEMBERO                                                            PLAINTIFF

v.                        No. 2:16-CV-2114

GERBER PRODUCTS COMPANY                                DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Moges Gembero take nothing on his complaint and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 12th day of December, 2017.

                                                               /s/ P. K. Holmes, III
                                                               P.K. HOLMES, III
                                                               CHIEF U.S. DISTRICT JUDGE